IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 19 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Amy Carr _____, Plaintiff

v.

John Doe (psychiatrist),
Aug. of 2021, CJC psychiatrist
_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes  ✓ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Amy Call #346727      2739 E las vegas, Colorado springs, CO, 80906
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: John Doe, Psychiatrist, (AT CJC)
(Name, job title, and complete mailing address)

2739 E las vegas, Colo. sprngs, CO, 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

He is a liscenced psychiatrist for CJC (the jail)

Defendant 1 is being sued in his/her ✓ individual and/or ___ official capacity.

Defendant 2: _____
            (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
            (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

C.  **JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

**✓**   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: medical deliberate indifference

Supporting facts: 8th Amendment violation of cruel and unusual punishment

14th Amendment violation of equal protection

I am suffering prejudice because other inmates in my situation got meds prescribed long before a year and they have made me wait a year or longer to address my mental health needs.

I have suffered hundreds of anxiety attacks, severe depression, and panick attacks.

This court has jurisdiction because my 8th and 14th Amendment rights are being violated.

4

Please see attached statement of facts

E.   **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✔ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   _____

Docket number and court:   _____

Claims raised:   _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   _____

Reasons for dismissal, if dismissed:   _____

Result on appeal, if appealed:   _____


F.   **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✔ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✔ Yes ___ No (*check one*)

### G.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

monetary settlement relief of $150.00 per Day without prescribed medicine.

### H.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Revised February 2022)

Claim #1 (medical deliberate indifference)
   8th Amendment - cruel and unusual punishment

- I am a pretrial detainee who is incarcerated at the El Paso County Jail in Colorado and I am suffering prejudice to my mental health treatment. I have requested from "John Doe" the psychiatrist multiple times to recieve medication to help anxiety, Bipolar Depression, night terrors and other trauma I need to be treated for.

- I was told "since I have not been prescribed medication outside jail, that I can't recieve any medications in here, I was told this by "mental health" since Aug. of 2021. I am also told by John Doe that he will not prescribe/Diagnose me for medicine because he "thinks/is afraid I will abuse my medication"

- Other inmates with severe anxiety, Depression night terrors and Bipolar depression get medications prescribed that they were not prescribed outside of CJC such as Yvonne Peterson who got medication for all the above, only one of which was prescribed outside incarceration.

- Due to the lack of medical/mental Health Care I am suffering panick Attacks, Anxiety Attacks, Severe Depression and (in the past) Suicidal thoughts. I have a due process right to be protected from harm that is being violated.

- Most inmates who request a "psych sick call" get mental Health prescription within 3-4 months, yet I have been asking for the past year. John Doe is depriving me of mental Health care due to opinions of abuse not supported by fact. I do not have a history of Abuse (drug) and I also have not lost any priviledges related to medications so equal protection is also violated.

- I suffer severe mood swings that last as long as two weeks, I am constantly unable to focus because I feel anxious and sometimes I get clauster-phobic in my cell. This court has the jurisdiction because my constitutional Rights are being violated.

- I am filling out a prisoner complaint because I suffer prejudice by the El Paso County Jail for a lack of treating my mental health issues. Most people in my situation or in similar situations are being treated, I was barely prescribed minipress and prozacum for depression, anxiety and night terrors after being told since August of 2021 that I am not allowed to be prescribed medicine for those things I just named and I am either being "punished" for "fear of abuse of medication" or by policy I am being prejudiced.

- Defendant #2 came to respond to a kite I wrote months ago and barely started me on the two meds I am on now, she says she cannot prescribe me what I am asking for because "since I am not used to taking meds and because I don't have a drug problem" she carelessly stated I am naive to meds.

AMY CARR 0346727
2739 E. Las Vegas St.
Colorado Springs, CO. 80906

United States District Court
901-19th Street, Room 105A
Denver, Colorado.

Legal Mail - Please verify Postage

Legal Mail - Please verify Postage