IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02419-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

AMY CARR,

    Plaintiff,

v.

JOHN DOE, CJC PSYCHIATRIST,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, an inmate at the El Paso County Criminal Justice Center in Colorado Springs, Colorado, has submitted to the court a Prisoner Complaint (ECF No. 1)[1] and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if she wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(a) __ is not submitted
(b) __ is missing affidavit

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(c)  X      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __     is missing certificate showing current balance in prison account
(5)  __     is missing required financial information
(6)  __     is missing authorization to calculate and disburse filing fee payments
(7)  __     is missing an original signature by the prisoner
(8)  __     is not on proper form (must use the court's current form)
(9)  __     names in caption do not match names in caption of complaint, petition or habeas application
(10) X      other: account statement is not necessary if filing and administrative fees totaling $402.00 are paid in advance.

**Complaint, Petition or Application**:
(11) __     is not submitted
(12) __     is not on proper form (must use the Court's current form)
(13) __     is missing an original signature by the prisoner
(14) __     is missing page nos.
(15) __     uses et al. instead of listing all parties in caption
(16) __     names in caption do not match names in text
(17) __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __     other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is.

FURTHER ORDERED that Plaintiff shall either submit a completed, Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and include her trust fund statement for the 6-month period immediately preceding the filling of her case or, in the alternative, pay the $402.00 filing fee. Plaintiff may obtain copies of the Court-approved forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

2

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED September 22, 2022.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge
